IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELTIC BANK CORPORATION, | CASE NO. CV F 12-0050 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 13.) |
| vs. | |
| SERGE ROSEMBLAT, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Stickney Realty Advisors only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

Dated: February 16, 2012      /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1