# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

CELTIC BANK CORPORATION,                     CASE NO. CV F 12-0050 LJO JLT

        Plaintiff,                     **ORDER TO TRANSFER ACTION**

  vs.

SERGE ROSEMBLAT, et al.,

        Defendants.
_____/

     Based on the parties' stipulation and good cause, this Court TRANSFERS this action to the United States District Court for the Central District of California.  This Court further:

     1.    DIRECTS the clerk to take necessary action to transfer this action to the United States District Court for the Central District of California; and

     2.    VACATES all pending dates before this Court, including the April 12, 2012 scheduling conference.

IT IS SO ORDERED.

**Dated:   February 29, 2012**                     **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE

1